UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 04463
    LUIS R GARCIA
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-8014
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/14/07 .

    2.  The case was dismissed without confirmation, 08/17/2007.

    3.  The Debtor paid a total of $   1663.00 .

    4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE FINANCIAL SE | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| RIVERBROOK ESTATES HOA | SECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3000.00
and was paid $   1181.00  direct and $   1619.76  through the plan.

The Trustee received $      43.24 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/11/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

                                PAGE   2
        CASE NO. 07 B 04463 LUIS R GARCIA